IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**                                                                                             **PLAINTIFF**

**v.**                                        **CASE NO. 2:23-CV-00091-BSM**

**JOHN YATES**, *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE